IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 8:05CR122 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ELVIA MONICA FELIX-SIQUEIROS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that document Number 12 be stricken from the Record for the following reason:

( X )   The document was filed in the incorrect case

**IT IS ORDERED** that the Clerk's Office shall strike document number 12 from the record.

DATED this 26th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge