IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| Plaintiff, | ) ) ) | 8:05CR122 |
| v. | ) ) | |
| ELVIA MONICA FELIX-SIQUEIROS, | ) ) | ORDER |
| Defendant. | ) ) | |

The Clerk's Office has requested that Document Numbers 14 and 15 be stricken from the record for the following reason:

- Documents filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 14 and 15 from the record.

DATED this 27th day of September, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Court